IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

WILLIAM KRUEGER,

                  Plaintiff(s)

    v.

SEA GATE ASSOCIATION et al.,

                  Defendant(s)

-------------------------------------------------------------X

**NOTICE OF VOLUNTARY**
**DISMISSAL PURSUANT TO**
**F.R.C.P. 41(a)(1)(A)(i)**

Case.: No 16-cv-01800 (NGG)(RML)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the counsel for plaintiff WILLIAM KRUEGER, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Sea Gate Association et al., Sea Gate Police Department, and Police Officers John and Jane Does 1 through 10.

Date: January 9, 2017

/s/
_____
Katherine E. Smith

233 Broadway, Suite 1800
_____
*Address*

New York, NY  10007
_____
*City, State & Zip Code*

347-470-3707
_____
*Telephone Number*

*So ordered:*

s/Nicholas G. Garaufis

1/17/17